UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )  Criminal No. 05-420 (EGS)
)
Bryant McClain )
)  FILED
Defendant. )
)  DEC 16 2005
  NANCY MAYER WHITTINGTON, CLERK
  U.S. DISTRICT COURT

### ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house **Bryant McClain** at Central Treatment Facility until further Order of this Court.

12/16/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE