CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, AFPD Tony Axam, this 6th day of January 2006.

                                                                            _____
                                                                            G. Michael Harvey
                                                                            Assistant United States Attorney