## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.05-420 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRYANT MCCLAIN,** | : | |
|     **defendant.** | : | |

## **ORDER**

Upon motion of the Government in the above-captioned case for the defendant to be ordered to submit to palm and joint printing, and the court having given consideration to the representations made, it is this _____ day of _____, 2006

ORDERED, that the Government's Motion to Require the Defendant to Submit to Palm and Joint Printing is hereby GRANTED.  It is further ORDERED, that the defendant, BRYANT MCCLAIN, on the ____ day of _____, 2006, accompany an officer of the Metropolitan Police Department to the Central Cell Block and provide his palm and joint prints.

_____
UNITED STATES DISTRICT JUDGE