UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.05-420 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **BRYANT MCCLAIN,** | : | |
| defendant. | : | |

### ORDER

Upon consideration of the Government's Motion to Impeach Defendant with his Prior Convictions, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

AFPD Tony Axam
625 Indiana Avenue, N.W.
Washington, D.C.  20004