UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.05-420 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **BRYANT MCCLAIN,** | : | |
| defendant. | : | |

## NOTICE OF FILING OF PROPOSED SPEEDY TRIAL ORDER

Per the request of the Court at the December 16, 2005 status conference, the United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files the attached Speedy Trial Act Order waiving the requirements of the Act through the next status date on January 9, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. Michael Harvey
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room # 4243
Washington, DC 20530
(202) 305-2195

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion to Exclude Time Under the Speedy Trial Act is to be served upon counsel for the defendant, Tony Axam, Esquire, this 6th day of January, 2006.

_____
G. Michael Harvey