UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.05-420 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **BRYANT MCCLAIN,** | : | |
| **defendant.** | : | |

## ORDER

For the reasons stated on the record at the December 16, 2005 status hearing, the Court finds that pursuant to 18 U.S.C. § 3161, that the interests and ends of justice are best served and outweigh the interests of the public in a speedy trial, and accordingly it is this _____ day of _____, 2006, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from December 16, 2005 to January 9, 2006 shall be excluded in computing the date for speedy trial in this case.

_____     _____
DATE                                                                    U.S. DISTRICT COURT JUDGE