UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.05-420 (EGS) |
| v. | : | |
| BRYANT MCCLAIN, defendant. | : | |

FILED
JAN 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

For the reasons stated on the record at the December 16, 2005 status hearing, the Court finds that pursuant to 18 U.S.C. § 3161, that the interests and ends of justice are best served and outweigh the interests of the public in a speedy trial, and accordingly it is this ___9th___ day of ___Jan___, 2006, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from December 16, 2005 to ~~January 9,~~ Feb. 3, 2006 shall be excluded in computing the date for speedy trial in this case.

1/9/06
DATE

_____
U.S. DISTRICT COURT JUDGE