IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-420 (EGS) |
| ) | |
| BRYANT MCCLAIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MOTION TO CONTINUE STATUS HEARING

Defendant, Bryant McClain, through undersigned counsel, respectfully requests that the Court reschedule the status hearing currently scheduled for February 3, 2006 at 11:30 a.m.. In support of this motion, counsel for Mr. McClain submits that he has suffered a death in his family and will attend a funeral outside the jurisdiction on February 3, 2006. Counsel for the government does not oppose this request.

Wherefore, Mr. McClain, respectfully requests that the status hearing be rescheduled from February 3, 2006 to February 10, 2006, or some other date during the week of February 6, 2006 that is convenient for the Court.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500