# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Cr. No. 05-420 (EGS) |
| ) | |
| **BRYANT MCCLAIN,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of defendant Bryant McClain's motion to continue the status date, it is hereby

ORDERED that defendant McClain's Motion is granted; and it is further

ORDERED that the status hearing currently scheduled for February 3, 2006 at 11:30 a.m. is rescheduled for _____ 2006, at _____.

SO ORDERED this _____ day of _____, 2006.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
            Michael Harvey, AUSA

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon Assistant United States Attorney Michael Harvey by electronic means this 1st day of February, 2006.

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender