UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-420 (EGS)
)
Bryant McClain )
) **FILED**
Defendant. )
) FEB 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Bryant McClain _____ at Central Treatment Facility until further Order of this Court.

2/16/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE