IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BRYANT MCCLAIN** )<br>)<br>**Defendant.** )<br>_____ ) | Case No. 05-420 (EGS) |

**O R D E R**

Upon consideration of Defendant Bryant McClain's Motion to Strike Surplusage from the Indictment, it is hereby

**ORDERED** that defendant's Motion is granted; and it is further

**ORDERED** that the language "in Superior Court for the District of Columbia, Case No. F0039-00, and in Prince George's County, Maryland, Criminal Case No. CT91131B" shall be stricken from the indictment.

**SO ORDERED** this _____ day of _____, 2006.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:

Tony Axam, Jr., AFPD
625 Indiana Avenue, Suite 550, NW
Washington, DC 20004

Michael Harvey, AUSA
555 4th Street, NW
Washington, DC 20001