IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 05-420 (EGS) |
| | ) | |
| **BRYANT MCCLAIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress, it is hereby

**ORDERED** that defendant's motion is GRANTED; and it is

**FURTHER ORDERED** that the evidence and statements in this case are suppressed.

**SO ORDERE**D, this _____ day of _____, 2006.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:

Tony Axam, Jr., AFPD
625 Indiana Avenue, Suite 550, NW
Washington, DC 20004

Michael Harvey, AUSA
555 4th Street, NW
Washington, DC 20001