**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.05-420 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **BRYANT MCCLAIN,** | : | |
| defendant. | : | |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES AND
REPLIES TO PRE-TRIAL MOTIONS**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, and the defendant, through his attorney, Assistant Federal Public Defender Tony

Axam, respectfully move this Court to extend by one week the time within which the parties

have to file responses and replies to each side's pre-trial motions in this matter, and state further

as follows:

1.      Presently pending before the Court are the Government's Motion to Impeach

Defendant with His Prior Convictions Pursuant to Rule 609, and the defendant's Motion to

Strike Surplusage From the Indictment and Motion to Suppress Evidence and Statements.  This

Court's February 16, 2006 Order sets March 13, 2006 as the date for the parties to file responses

to each side's pre-trial motions, and March 20, 2006 for the filing of any replies.

2.      Both parties make this request because of the press of other business.  Further, the

has been unable to speak with all of the Metropolitan Police Department officers necessary to

respond to the defendant's motion to suppress.

3.      Grant of this joint request for an extension of time should not impact the trial

schedule in this case as the motions' hearing and trial are not scheduled until May 23, 2006 and

May 24, 2006, respectively.

WHEREFORE, for the reasons stated above, the parties respectfully request that this Court extend the time for the filing of responses to motions in this matter to and including March 20, 2006, and extend the time for filing replies to responses to and including March 27, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058


_____/s/_____

G. MICHAEL HARVEY
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 447465
555 4th St., N.W., Room 4243
Washington, DC 20530
Phone: (202) 305-2195; Fax: (202) 514-6010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, AFPD Tony Axam, this 13th day of March 2006.

_____/s/_____

G. Michael Harvey
Assistant United States Attorney