# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.05-420 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRYANT McCLAIN,** | : | |
| **defendant.** | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO STRIKE SURPLUSAGE FROM THE INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the defendant's Motion to Strike Surplusage from the Indictment, and states further as follows:

If it is the Court's practice to permit the indictment to be viewed by the jury, then the government does not object to the indictment being redacted as proposed by the defense.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO.  451058

_____

G. MICHAEL HARVEY
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO.447465
FEDERAL MAJOR CRIMES SECTION
(202) 305-2195