RUDD, Sharon                                                                Page 17

THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 05-420-01 |
| --- | --- | --- |
| vs. | : | |
| Sharon Rudd | : | Disclosure Date: March 17, 2006 |

**FILED**

MAY -- 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          3-31-06
Assistant U.S. Attorney                                Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant          Date                              Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 31, 2006, to U.S. Probation Officer **George Neal**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Richard A. Houck, Jr.
Chief United States Probation Officer

RUDD, Sharon                                                              Page 18

## Receipt and Acknowledgment

- On page 1, under count 1, please add ano "False, Fictitious or Fraudulent, claims
- On page 1, under "Related Cases" Denikean Leftwich (all cap "H")
- On page 3, under part A #4, codefendant Leftwich agreed to pay restitution in the amt. of $6,000.00. Thus, Ms. Rudd's obligation for restitution should be reduced by this amount.
- On page 3, under part A #6, please correct spelling for "Leftwich"

Typos:
- On page 4, there is an extra "of" in par. 11
- On page 7, "surprise" should be "surprised" in para 36.
- On page 8, part #6, change "have" to "has".

Signed By: Kim ?Hend, AUSA
            (Defense Counsel/AUSA)

Date: 3-31-06

TOTAL P.03