IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-420 (EGS) |
| ) | |
| BRYANT MCCLAIN ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**O R D E R**

Upon consideration of Defendant Bryant McClain's Response to the Government's Motion Regarding Rule 609 Evidence, it is hereby

**ORDERED** that the government's Motion is denied; and it is

**FURTHER ORDERED** that the government is prohibited from introducing Mr. McClain's prior convictions at trial.

**SO ORDERED** this _____ day of_____, 2006.


_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

copies to:
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

G. Michael Harvey, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530