UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.05-420 (EGS) |
| | : | |
| v. | : | |
| | : | |
| BRYANT MCCLAIN, | : | |
| defendant. | : | |

**GOVERNMENT'S MOTION TO DISMISS COUNT II OF INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss Count II of the Indictment in the above-styled case, without prejudice.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
G. MICHAEL HARVEY
DC BAR # 447465
Assistant United States Attorney
Federal Major Crimes
555 Fourth Street, N.W.; Rm. 4243
Washington, D.C. 20530
(202) 305-2195