# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.05-420 (EGS) |
| : | |
| **v.** : | |
| : | |
| **BRYANT MCCLAIN,** : | |
| **defendant.** : | |

## ORDER

The Court having considered the Government's Motion to Dismiss Count II of the Indictment, and upon finding it appropriate to do so, it is this _____ day of _____ 2006:

ORDERED, that Count II of the Indictment charging Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a), in the above-styled case be dismissed without prejudice.

_____
Judge, United States District Court
for the District of Columbia

copies to:

G. Michael Harvey
Assistant United States Attorney
Federal Major Crimes
555 Fourth Street, N.W., Rm. 4243
Washington, D.C. 20530

Tony Axam
Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004