FILED
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

vs.

BRYANT MCCLAIN
    Defendant.

Criminal No. 05-420 (EGS)

<u>**WAIVER OF TRIAL BY JURY**</u>

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent: _____
United States Attorney

Approved: _____
Judicial Officer

CO-526 (12/86)