

FILED
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

                                Criminal No. 05-420 (EGS)

BRYANT MCCLAIN
    Defendant

## WAIVER OF INDICTMENT

I, BRYANT MCCLAIN the above named defendant, who is accused of Att. CPWOL 22 D.C.Code §§4504 a, 1803 and Unregistered Firearm Possession 7 D.C.Code §§ 2502.01; 2507.06 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 18, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Before Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment