

FILED
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No.05-420 (EGS) |
|---|---|---|
| v. | : | |
| BRYANT McCLAIN, defendant. | : | |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSE:

A.   The essential elements of the offense of Carrying a Pistol Without a License (Outside of the Home or Place of Business), in violation of 22 D.C. Code §§ 4504(a), are:

1. That the defendant carried a pistol openly or concealed on or about his/her person;

2. That the defendant carried the pistol knowingly and intentionally;

3. That the pistol was operable; that is, it would fire a bullet;

4. That the defendant was not licensed to carry the pistol by the Chief of Police of the District of Columbia; and

5. That the defendant carried the pistol in a place other than his/her home, place of business, or land or premises possessed and controlled by him/her.

B.   The essential elements of the offense of Possession of an Unregistered Firearm, in violation of 7 D.C. Code §§ 2502.01(a), 2507.06, are:

1. That the defendant possessed a firearm;

2. That the defendant did so knowingly and intentionally; and

3. That the firearm had not been registered to the defendant as required by District of Columbia law.

## II. COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached.

## III. PENALTIES:

1. Pursuant to the 22 D.C. Code sections 4504(a) and 1803, the offense of Attempted Carrying a Pistol Without a License (Outside of the Home or Place of Business) carries a potential maximum penalty of imprisonment of no more than 180 days and/or a fine of up to $1,000.

2. Pursuant to 7 D.C. Code sections 2502.01(a) and 2507.06, Possession of an Unregistered Firearm carries a potential maximum penalty of imprisonment of no more than 1 year and/or a fine of up to $1,000.

## IV. FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On October 30, 2005 at approximately 2:50 p.m. officers of the Metropolitan Police Department were patrolling the 900 block of Decatur Street, N.W., which is an area known for the trafficking of illegal narcotics, when they observed the defendant crouch down behind a white pickup truck at the police vehicle came into the block. As the police vehicle came up along side of the white truck, the officers observed the defendant "peek" over the side of the truck, look at the officers, and then duck back down behind the truck. The officers then exited their vehicle to investigate why the defendant was hiding behind the truck. As an officer approached Mr. McClain from behind he observed the defendant crouching down with a black handgun on

the street in plain view near the truck's passenger-side front tire. The officer yelled "gun" to alert the other officers of the presence of the weapon. Hearing the warning, the defendant stood up and began running westbound in the 900 block of Decatur Street, N.W. The defendant was then chased on foot by the officers into the 1200 block of Decatur Street, N.W. where he was apprehended.

The gun was then recovered by a Crime Scene officer. It was an operable, loaded Taurus 9mm pistol. A records check revealed that the firearm was not register within the District of Columbia as required by law, and the defendant did not have a license to carry the pistol within the District of Columbia.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offenses of Attempted Carrying a Pistol Without a License (Outside of the Home or Place of Business) in violation of 22 D.C. Code §§ 4504(a), 1803, and one count of Possession of an Unregistered Firearm in violation of 7 D.C. Code §§ 2502.01(a), 2507.06.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
G. Michael Harvey
Assistant United States Attorney
D.C. Bar No. 447465
Phone: 305-2195
Fax: 616-3782

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Tony Axam, Esquire, this 20th day of June, 2006.

_____
G. Michael Harvey
Assistant United States Attorney