UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | )
UNITED STATES OF AMERICA | )
| )
v. | )   Criminal No. 05-420 (EGS)
| )
BRYANT McCLAIN | )
Defendant. | )
| )

# O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house __BRYANT McCLAIN__ _____ at Central Treatment Facility until further Order of this Court.

7/18/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE