FILED

JUL 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No.05-420 (EGS) |
|---|---|---|
| v. | : | |
| BRYANT McCLAIN,<br>defendant. | : | |

### INFORMATION

### COUNT ONE

On or about October 30, 2005, within the District of Columbia, Bryant McClain did attempt to carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without license/licenses issued pursuant to law. (Attempted Carrying a Pistol Without a License [Outside Home or Place of Business], in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

### COUNT TWO

On or about October 30, 2005, within the District of Columbia, Bryant McClain did possess a certain pistol, without being the holders of a valid registration certificate. (Possession Of Unregistered Firearm, in violation of 7 D.C. Code, Section 2502.01(a) (2001 ed.))

RESPECTFULLY SUBMITTED,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: G. MICHAEL HARVEY
ASSISTANT U.S. ATTORNEY



SUPERSEDING